KEVIN V. RYAN (CSBN 118321)
United States Attorney

*E-filed 6/16/06*

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-70303 RS |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ALEJANDRO SIMBRAS-DELGADO, ) | |
|     Defendant. ) | SAN JOSE VENUE |

    On June 8, 2006, the parties in this case appeared before the Court for an arraignment.  At that appearance, Assistant Federal Public Defender Angela Hansen explained that she needed additional time to review the case and discuss an early disposition with the government. Therefore, the parties requested that the arraignment be continued to June 29, 2006 at 9:30 a.m. In addition, the defendant, through his counsel, agreed to an exclusion of time under the Speedy Trial Act from June 8, 2006 to June 29, 2006.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

STIPULATION AND [PROPOSED] ORDER
No. 06-70305 RS                                           1

1  SO STIPULATED:                          KEVIN V. RYAN
                                           United States Attorney
2

3  DATED:_____                    _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5
   DATED:_____                    _____/s/_____
6                                          ANGELA M. HANSEN
                                           Assistant Federal Public Defender
7

8       Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

9  continued to June 29, 2006 at 9:30 a.m.  Good cause is shown and the continuance is proper

10 under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

11      For good cause shown, the Court FURTHER ORDERS that time be excluded under the

12 Speedy Trial Act from June 8, 2006 until June 29, 2006.  The Court finds, based on the

13 aforementioned reasons, that the ends of justice served by granting the requested continuance

14 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

15 the requested continuance would deny defense counsel reasonable time necessary for effective

16 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

17 of justice.  The Court therefore concludes that this exclusion of time should be made under 18

18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

19 SO ORDERED.

20

21 DATED:_ 6/16/06 _____              /s/ Howard R. Lloyd
                                      _____
22                                    HOWARD R. LLOYD
                                      United States Magistrate Judge
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 06-70305 RS                           2