

E-Filing

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

JUL - 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO SIMBRAS-DELGADO, <br><br> Defendant. | No. 06-70303 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On June 29, 2006, the parties in this case appeared before the Court for an arraignment. At that appearance, Assistant Federal Public Defender Angela Hansen explained that the parties were negotiating a pre-indictment resolution of the case and that she needed additional time to conduct an investigation. Therefore, the parties requested that the arraignment be continued to July 27, 2006 at 9:30 a.m. In addition, the defendant, through his counsel, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 29, 2006 to July 27, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | _____/s/_____<br>SUSAN KNIGHT |
| 4 | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED:_____ | _____/s/_____<br>ANGELA M. HANSEN<br>Assistant Federal Public Defender |

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to July 27, 2006 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 29, 2006 until July 27, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 7/6/06

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
NO. 06-70303 RS                                    2